# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KATHLEEN MCDONOUGH, individually
and on behalf of all others similarly situated,

Plaintiff,

v.

ADVENTHEALTH BENEFITS
ADMINISTRATION COMMITTEE, and
ADVENTIST HEALTH SYSTEM
SUNBELT HEALTHCARE
CORPORATION,

Defendants.

CASE NO. 8:21-cv-01706

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kathleen McDonough and

Defendants AdventHealth Benefits Administration Committee and Adventist Health

System Sunbelt Healthcare Corporation respectfully stipulate to a dismissal of this case

with prejudice, with each side to bear her or their own attorneys' fees and costs.

Dated this 29th day of March, 2022.

## [SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

/s/ Brandon J. Hill
Luis A Cabassa, Esq.
lcabassa@wfclaw.com
Florida Bar No.: 0053643
Brandon J. Hill, Esq.
bhill@wfclaw.com
Florida Bar No. 37061
Wenzel Fenton Cabassa, P.A.
110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712

*Attorneys for Plaintiff*

/s/ Nicholas S. Andrews
Shane T. Muñoz, Esq.
smunoz@fordharrison.com
Florida Bar No. 0067024
Nicholas S. Andrews, Esq.
nandrews@fordharrison.com
Florida Bar No. 0105699
101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone:  (813) 261-7800
Facsimile:   (813) 261-7899

*Attorneys for Defendants*

WSACTIVELLP:13008469.1